# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2006

130093 & (22)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KRIS EDWARD THOMAS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130093
COA: 264096
Oakland CC: 2004-194365-FH

By order of April 26, 2006, the prosecuting attorney was directed to answer the application for leave to appeal the October 20, 2005 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2006

_____
Clerk

s0907